

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE: Fosamax Products Liability  :
Litigation                          :
                                    :
------------------------------------------------------x
*This Document Relates to:* MDL-1789 :
                                    :
Fredericka Allen v. Merck Case No.:06-cv-9452
Bridget Arcemont v. Merck Case No.: 07-cv-2389
Virginia Bergeson v. Merck Case No.: 06-cv-9454
Shirley Boles v. Merck Case No.:06-cv-9455
Sharon Bradford v. Merck Case No.: 07-cv-477
Winnie Braswell v. Merck Case No.: 1:07-cv-1413
Roberta Brodin v. Merck Case No : 07-cv-3466
Brenda Carpenter v. Merck Case No.: 07-cv-3464
Sonja Daroff v. Merck Case No.: 07-cv-3462
Debra Flores v. Merck Case No.: 07-cv-02442
Sandra Hall v. Merck Case No.: 07-cv-3467
Porcia Hardy v. Merck Case No.: 07-cv-797
Carolyn Hester v. Merck Case No.:06-cv-9450
Pamela Hines v. Merck Case No.: 07-cv-480
Rochelle Kenig v. Merck Case No.: 07-cv-00478
Anna Merwin v. Merck Case No.: 07-cv-3463
Janice Moe v. Merck Case No.: 07-cv-00479
James Napier v. Merck Case No.:06-cv-9451
Wilma Parslow v. Merck Case No.: 07-cv-3465
Tamae Porter v. Merck Case No.: 07-cv-790
Margaret Sizelove v. Merck Case No.: 07-cv-3459
Maxine Sklute v. Merck Case No.: 07-cv-3461
Edna Sykes v. Merck Case No.:07-cv-1412
Kathleen Toelke v. Merck Case No.:06-cv-7629
Reyna Vandercar v. Merck Case No.:06-cv-11329
Nellie Wade v. Merck Case No.:06-cv-9453
Carol Young v. Merck Case No.: 06-cv-0531
**Bonnie Laughlin v. Merck Case No.:07-cv-3827**
------------------------------------------------------:

1:06-md-1789 (JFK)

ORDER FOR ADMISSION
PRO HAC VICE

Considering the Certificate of Good Standing submitted by counsel, **IT IS**
**HEREBY ORDERED** that:

Meghan M. Tans
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 400
P.O. Box 12308 (32591)
Pensacola, FL 32502
Phone: (850) 435-7181
Facsimile: (850) 436-6181
Email: mtans@levinlaw.com

is admitted to practice pro hac vice as counsel for the plaintiffs in the above-referenced

MDL proceeding.

Signed this 30 day of May, 2007, at New York, New York.

_____
John F. Keenan
UNITED STATES DISTRICT COURT JUDGE

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### CERTIFICATE OF GOOD STANDING

*I, Sheryl L. Loesch, Clerk of this Court,*

*certify that Meghan M. Tans, Bar # 00888745,*

*was duly admitted to practice in this Court on*

*April 22, 2005, and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Jacksonville, Florida, on May 17, 2007.*

SHERYL L. LOESCH
CLERK

DEPUTY CLERK